IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL J. FREEMAN                                                                              PLAINTIFFS
RAYMOND D. MOREHEAD
JIMMY WILLIAMS

V.                                         NO.  4:08CV03601 BSM

KEN JONES, et al                                                                                DEFENDANTS

### ORDER

After a thorough review of plaintiffs' case file, the court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas.  28 U.S.C. § 1406(a).[1]  Venue would be proper in the Western District as all defendants are located there and the events complained of allegedly occurred there.  Id. § 1391.[2]

The Clerk of the Court is directed to TRANSFER immediately PLAINTIFFS' ENTIRE CASE FILE to the Western District of Arkansas, El Dorado Division.

IT IS SO ORDERED this 10th day of October, 2008.

                                                                                    /s/ Brian S. Miller
                                                                                    UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  Id.

[2] Plaintiff Freeman, presumably on behalf of the other named plaintiffs, raises several claims in connection with their conditions of confinement in the Union County Jail, mostly related to health issues.  The complaint is unsigned and appears to be brought by plaintiff Freeman alone.