IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL JOE FREEMAN                                                              PLAINTIFF

VS.                                    CASE NO. 08-CV-1080

KEN JONES, Sheriff, Union
County, Arkansas; LT. JOHN
WILLIAMS, Union County Jail;
and DR. SEALE, Union County Jail                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on February 11, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 27). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff Michael Joe Freeman's Complaint should be and hereby is dismissed on the grounds that he has failed to comply with the order of the Court and failed to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 8th day of March, 2010.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge